ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Inmarsat Government, Inc. | ) | ASBCA No. 63708 |
| | ) | |
| Under Contract No. HC1013-22-D-0006 | ) | |
| T.O. HC1013-23-F-0030 | ) | |

APPEARANCES FOR THE APPELLANT:    Paul R. Hurst, Esq.
    Caitlin T. Conroy, Esq.
     Steptoe LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Lia N. Wentworth, Esq.
     DISA General Counsel
    Anthony J. Balestreri, Esq.
    Vera A. Strebel, Esq.
     Trial Attorneys
     Defense Information Systems Agency
     Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 27, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63708, Appeal of Inmarsat Government, Inc., rendered in conformance with the Board's Charter.

Dated:  March 27, 2024

_for Jammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2